JOSEPH P. McTEAGUE, Appellant, *v.* MARY McTEAGUE, Impleaded, etc., Respondent.

(Argued June 12, 1891; decided October 6, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 29, 1889, which affirmed a judgment in favor of defendants entered upon a verdict and affirmed an order denying a motion for a new trial.

*Samuel J. Crooks* for appellant.

*Charles M. Earle* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.   _____